LEON GLADSTONE, ESQ. (SBN 70967)
lgladstone@gladstonemichel.com
ANTHONY DIPIETRA, ESQ. (SBN 2359994)
adipietra@gladstonemichel.com
GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925
Tel: (310) 821-9000 • Fax: (310) 775-8775

Attorneys for Defendant NEW YORK MARINE and GENERAL INSURANCE COMPANY, INC.

GLADSTONE MICHEL WEISBERG WILLNER & SLOANE, ALC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FILM ALLMAN, LLC, a Georgia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NEW YORK MARINE and GENERAL INSURANCE COMPANY, INC., a New York corporation, and DOES 1-10,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF STATE COURT ACTION UNDER FEDERAL DIVERSITY JURISDICTION**<br><br>*(28 U.S.C. §§ 1332, 1441(B) & 1446)* |

TO THE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION:

The notice of removal of Defendant NEW YORK MARINE AND GENERAL INSURANCE COMPANY, INC., respectfully shows:

1. On August 12, 2014, an action was commenced against defendant in the Superior Court of California, County of Los Angeles, Los Angeles Superior Court Case No. BC554560, entitled *Film Allman, LLC v. New York Marine & General Insurance*

*Company, Inc.*

2. On August 13, 2014, service was made on Defendant New York Marine and General Insurance Company, Inc. of a summons and complaint, copies of which are attached to this notice of removal as Exhibit A. Except for a notice of case management conference filed by the clerk of the superior court, no further proceedings have been had in the state court action and no further pleadings are on file with the Court.

3. The above-described action is a civil action of which this court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one that may be removed to this court by Defendant New York Marine and General Insurance Company, Inc., pursuant to 28 U.S.C. § 1441, according to the following facts:

    (a) Plaintiff Film Allman, LLC, at the time this action was commenced, was and still is a limited liability company organized under the laws of the State of Georgia, with its principal place of business in Los Angeles County, California.

    (b) Defendant New York Marine & General Insurance Company, Inc., at the time this action was commenced, was and still is a corporation incorporated under the laws of the State of New York with its principal place of business in the State of New York, and was not and is not incorporated under the laws of the State of California, wherein this action was brought.

    (b) The above-described action is a civil action of which this court has original jurisdiction under the provisions of Title 28, Section 1332 of the United States Code, and is one that may be removed to this court by defendant, pursuant to Title 28, Section 1441 of the United States Code, in that it is a civil action seeks damages in excess of $1.6 million and, therefore, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

1     WHEREFORE, Defendant prays that the above action now pending against it in
2 the Superior Court of California for the County of Los Angeles be removed therefrom to
3 this Court.

5 DATED: September 10, 2014     GLADSTONE MICHEL
                                         WEISBERG WILLNER & SLOANE, ALC

                                         By: _____/s/ Anthony DiPietra_____
                                              LEON GLADSTONE
                                              ANTHONY DIPIETRA
                                         Attorneys for Defendant, NEW YORK MARINE and GENERAL INSURANCE COMPANY, INC.

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Gladstone Michel Weisberg Willner & Sloane, ALC, whose business address is: 4551 Glencoe Avenue, Suite 300, Marina del Rey, California 90292 ("the firm").

On September 10, 2014, I served the within document(s) described as: **NOTICE OF REMOVAL** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)
☒ addressed as follows:

| | |
|---|---|
| Michael J. O'Connor<br>Email: moconnor@kelleydrye.com<br>Richard F. DeLossa<br>Email: rdelossa@kelleydrye.com<br>Audrey Jing Faber<br>Email: afaber@kelleydrye.com<br>KELLEY DRYE & WARREN LLP<br>10100 Santa Monica Boulevard, 23rd Fl.<br>Los Angeles, California 90067-4008 | Attorneys for Plaintiff Film Allman, LLC |

☒ **BY MAIL** (C.C.P. § 1013(a))–I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Marina del Rey, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 10, 2014, at Marina del Rey, California.

                                          GRACE HERNANDEZ