UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-07069-ODW(KSx) | Date | May 2, 2017 |
| Title | Film Allman, LLC v. New York Marine and General Insurance Company | | |

| | |
|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Judge |

| | |
|---|---|
| Sheila English | Terri Hourigan |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Douglas W Gastelum | Mark C Goodman |

**Proceedings:** MOTION for Summary Judgment [93]

Case called, appearances made. Also present was plaintiff's clients. The Court hears oral argument from counsel as stated on the record.

The matter will then be under submission and a written ruling will issue.

1.07 / SE