Douglas W. Gastélum (State Bar No. 204163)
dwg@dwglegal.com
Douglas W. Gastélum, Esq.
235 East Broadway, 8th Floor
Long Beach, CA 90802
562.810.2118

Attorney For Plaintiff
FILM ALLMAN, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FILM ALLMAN, LLC, a Georgia limited liability company,

Plaintiffs,

v.

NEW YORK MARINE and GENERAL INSURANCE COMPANY, INC., a New York corporation, and DOES 1 – 10,

Defendants.

Case No. 2:14-cv-07069-ODW-(KSx)

**Plaintiff's Notice of Motion and Motion for Relief From the Court's Order on New York Marine's Motion for Partial Summary Judgment**

*Filed concurrently with Plaintiff's Memorandum of Points and Authorities in Support of Motion, and the Declaration of Douglas W. Gastélum*

Honorable Otis D. Wright II

Date: June 12, 2017
Time: 1:30 p.m.
Courtroom: 5D

Discovery Cutoff: March 14, 2017
Pretrial Conference: June 26, 2017
Trial Date: July 18, 2017

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 12, 2017, or as soon there after as the matter may be heard in Courtroom 5D of the above entitled Court, located at 530 West 1st Street in Los Angeles, California, Plaintiff Film Allman, LLC will and hereby does move this Court pursuant to Rule 60 of the Federal Rules of Civil Procedure for an order granting relief from a portion of the Court's prior order of December 8, 2016 (ECF No. 92).

Federal Rule of Civil Procedure 60, regarding "Relief from a Judgment or Order," provides for at least six different grounds for relief from an Order of a court in its section (b). Plaintiff seeks relief from the Order of this Court entered December 8, 2016 granting Defendant's Motion for Partial Summary Judgment pursuant to grounds set forth in Federal Rules of Civil Procedure 60(b)(1), 60(b)(2), and 60(b)(3). This Motion is based on (a) Plaintiff's recent discovery that the United States Federal Bureau of Investigation ("FBI") is investigating the "possible wrongful prosecution and incarceration of Mr. Miller" on which the Order is based, and (b) Defendant's misrepresentation and misconduct asserting that *Midnight Rider* crew members are Film Allman employees to obtain relief in the subject motion, and then later asserting, and arguing, that they *are not* employees in a subsequent motion to obtain different relief, and (c) clear error in the Court's Order attributing alleged knowledge of Charley Baxter to Mr. Miller and others to establish a crime committed by Miller and the others independent of Baxter.

Federal Rule 60 provides for relief from even a judgment following trial. Any such motion must be brought within one year of the Order from which relief is sought. The Order of this Court from which Film Allman seeks relief was issued on December 8, 2016. Thus, this Motion is timely.

This Motion is made following a conference of counsel pursuant to Local Rule 7-3, between Douglas w. Gastélum for Film Allman and Michael Aiken for New York Marine, which took place on May 3, 2017.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, and attached thereto, the Declaration of Douglas W.

Gastélum and exhibits thereto. The Motion is also based on the pleadings and other papers on file in this action, and on such oral and documentary evidence as may presented to the Court at or prior to the hearing of this motion.

DATED: May 10, 2017 Respectfully submitted,

By: /s/ Douglas W. Gastélum
Douglas W. Gastélum
Attorney for Plaintiff
FILM ALLMAN, LLC