**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| FILM ALLMAN, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY; and DOES 1–10,<br><br>        Defendants. | Case № 2:14-cv-07069-ODW(KSx)<br><br>**JUDGMENT** |

On December 8, 2018, the Court granted Defendant New York Marine and General Insurance Company's Motion for Partial Summary Judgment as to three of Plaintiff Film Allman, LLC's claims. (ECF No. 92.) On May 22, 2017, the Court granted New York Marine's Motion for Summary Judgment as to Film Allman's remaining claims.

//
//
//
//
//
//
//

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff Film Allman, LLC shall recover nothing from Defendant New York Marine and General Insurance Company, and Film Allman's claims against New York Marine are dismissed on the merits and with prejudice; and
2. New York Marine shall recover its costs from Film Allman as evidenced by a Bill of Costs.

**IT IS SO ORDERED.**

May 22, 2017

                                                _____
                                                       **OTIS D. WRIGHT, II**
                                              **UNITED STATES DISTRICT JUDGE**